Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| BETTY BROUSSARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 5:16-cv-03340-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　IT IS HEREBY STIPULATED by and between plaintiff Betty Broussard and defendant Experian Information Solutions, Inc., that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

1  DATED:  March 10, 2017                Sagaria Law, P.C.

2                                         By: ___*/s/ Elliot W. Gale*___
3                                                Elliot W. Gale
                                          Attorneys for Plaintiff
4                                         Betty Broussard

5
   DATED: March 10, 2017                  Jones Day
6

7

8                                         By: ___*/s/Kelsey Israel-Trummel*___
                                                 Kelsey Israel-Trummel
9                                         Attorneys for Defendant
10                                        Experian Information Solutions, Inc.

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13 Stipulation. I hereby attest that Kelsey Israel-Trummel has concurred in this filing.

   */s/ Elliot Gale*
14

15
                                   **[PROPOSED] ORDER**
16
        Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed
17
   with prejudice and each party is to bear its own attorneys' fees and costs.
18
        IT IS SO ORDERED.  The Clerk shall close this file.
19

20         March 10, 2017
   DATED:_____           _____
21                                   EDWARD J. DAVILA
                                     UNITED STATES DISTRICT JUDGE
22

---

2

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
[PROPOSED] ORDER